IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00682-WYD-MJW

CEPU SAKTI ENERGY PTE. LTD., a Singapore corporation,

  Plaintiff,

v.

DEJOUR ENERGY (USA) CORP., a Nevada corporation, and
DEJOUR ENERGY INC., a Canadian corporation,

  Defendants.

## ORDER OF DISMISSAL

  In accordance with Plaintiff's Unopposed Notice of Dismissal of Action Without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on April 24, 2014 (ECF No. 16), it is

  ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

  Dated:  April 24, 2014

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge